T)ER curiam:
 

 Brickeil endorsed a note to Manning and -*• Byrne, partners in trade, as satisfaction for a precedent debt due to the partnership : which note was released by-Brick-eil to the maker before the endorsement. An action was commenced against the maker, and on that circumstance appearing, was dismissed, and the note returned to Brickeil: then the ps.-trciship was dissolved and a receiver appointed, and this was published in a Ga2ette which circulated in the town where Brickeil lived: After which, Brickeil paid the debt t© Byrne; and I am of opinion that if Brickeil knew of the appointment of the receiver, his payment after such knowlege to one of the
 
 *134
 
 partners was void; and that Byrne being since dead,. the surviving partner is entitled to recover.
 

 • The jury found for the defendant j and a new trial being moved for, the judge refused it, saying, it would be a hard case 0» the defendant should a recovery be effected — -and therefore'he-' would not disturb the verdict.